UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

BRIAN HANSON

## MAGISTRATE JUDGE KEYS

**CRIMINAL COMPLAINT**

CASE NUMBER: 08CR 1066

08 CR 1066

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 22, 2008__ in __Cook__ County, in the __Northern__ District of __Illinois__ defendant:

did by intimidation take from the presence of bank employees at National City Bank, 921 West Armitage, Chicago, Illinois, United States Currency belonging to, and in the care, custody, control, management, and possession of National City Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

in violation of Title __18__ United States Code, Section __2113(a)__.

I further state that I am a __Special Agent, Federal Bureau of Investigation__ and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof: __X__ Yes ____ No

FILED
12-23-08
DEC 23 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____
Thomas Weber
Special Agent, Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

December 23, 2008 at Chicago, Illinois
Date                     City and State

Arlander Keys, U.S. Magistrate Judge                    _Arlander Keys_
Name & Title of Judicial Officer                         Signature of Judicial Officer

STATE OF ILLINOIS )
) SS
COUNTY OF COOK )

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Thomas Weber, being duly sworn, depose and state:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI). I have been an FBI Special Agent for approximately four years. I am assigned to the Violent Crimes Task Force of the Chicago Field Division of the FBI, which investigates violent crimes, including robberies of financial institutions.

2. The information contained in this affidavit is based upon my participation in this investigation, review of documents, and conversations with other law enforcement officers who have knowledge of the events and circumstances described herein. This affidavit is submitted for the limited purpose of establishing that on December 22, 2008, BRIAN HANSON ("HANSON"), by intimidation, took from the person and presence of bank employees, approximately $1,319.95, belonging to and in the care, custody, control, management, and possession of National City Bank located at 921 West Armitage, Chicago, Illinois, whose deposits were insured by the Federal Deposit Insurance Corporation ("FDIC"), all in violation of Title 18, United States Code, Section 2113(a).

3. Because the information set forth below is for the limited purpose of establishing probable cause in support of a Criminal Complaint, it does not contain all the information known to me about this investigation.

### Facts Establishing Probable Cause

4. On December 22, 2008, at approximately 9:40 a.m., a branch of National City Bank located at 921 West Armitage, Chicago, Illinois, was robbed by a white male (hereinafter referred

1

to as "offender" but later identified as HANSON). The offender approached Teller A, a bank teller working that day, and stated, "I have something to show you." The offender presented a handwritten note that contained the words "money" and "gun" to Teller A. Based on this note, Teller A concluded the offender was robbing the bank, so she hit the silent alarm and started handing the offender one dollar bills and five dollar bills from her drawer. The offender stated, "Twenties, twenties." Teller A then handed the offender a stack of twenty dollar bills from her drawer. The offender grabbed the money and the demand note and fled out the bank's front door.

5. Teller A immediately notified the bank's security guard that the offender had just robbed the bank. The security guard chased the offender from the bank and observed him enter a silver-colored, four-door, sedan, bearing Illinois license plate X814442. As the offender drove off in the vehicle, the security guard broke out the front passenger side window of the vehicle. The security guard notified the Chicago Police Department that a bank robbery had occurred and provided the vehicle's information and the offender's description to law enforcement agents.

6. A bank employee conducted an audit and determined that the loss in the robbery was approximately $1,319.95. A bank employee also provided law enforcement agents bank surveillance photos of the offender.

7. That same day, member's of the FBI Violent Crime's Task Force identified the registered owner of the getaway vehicle from its license plate number. Law enforcement agents made contact with the registered owner of the vehicle (referred to as "Individual A"). Individual A advised that her boyfriend, HANSON, had her vehicle, which was a silver-colored, four-door, 2008 Toyota sedan. Law enforcement agents showed Individual A three surveillance photos from the bank robbery and she identified the offender in the photos as HANSON. Individual A explained that

HANSON was scheduled to pick her up within the next hour.

8. Law enforcement agents waited for HANSON to arrive at Individual A's residence. At approximately 2:15 p.m., HANSON arrived driving the 2008 Toyota, bearing Illinois license plate number X814442, the same license plate number of the getaway car. HANSON exited the vehicle. Law enforcement agents observed that HANSON was still wearing the same clothing that was depicted in the bank's surveillance photos. HANSON was arrested without incident. Law enforcement agents searched HANSON incident to arrest and recovered $247.00 in twenty and one dollar bills from his front pants pocket. Law enforcement agents also searched a back pack Hanson had in his possession and recovered $110 in five and one dollar bills in a front pocket of the back pack.

9. After waiving his *Miranda* rights, HANSON admitted to law enforcement agents that he robbed the National City Bank located at 921 West Armitage, Chicago, Illinois that day. HANSON explained that he tore up the demand note and threw it out the vehicle's window shortly after the security guard broke out the vehicle's window. HANSON further stated he took the vehicle to a local car dealership and had the window replaced before returning back to his girlfriend, Individual A. HANSON admitted that the clothing he was currently wearing was the same clothing that he wore during the bank robbery.

10. Law enforcement agents showed HANSON a surveillance photo from the bank robbery and he identified himself in the photo.

11. At the conclusion of the interview, HANSON provided a handwritten statement explaining that he was involved in the bank robbery.

12. At the time of the bank robbery, the deposits of National City Bank, 921 West

Armitage, Chicago, Illinois, were insured by the FDIC.

## Conclusion

13.     Based on the above information, I believe there is probable cause that HANSON, by intimidation, took money belonging to and in the care, custody, control, management, and possession of the National City Bank located at 921 West Armitage, Chicago, Illinois on December 22, 2008, in violation of Title 18, United States Code, Section 2113(a).

FURTHER AFFIANT SAYETH NOT.

_____
Thomas Weber
Special Agent
Federal Bureau of Investigation


Sworn to before me and subscribed in my presence
this 23rd day of December 2008.

_____
ARLANDER KEYS
United States Magistrate Judge

4