FILED
FeB 11, 2009
FEB 11 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE KENDALL**

**MAGISTRATE JUDGE KEYS**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) No. 08 CR 1066 |
| BRIAN HANSON | ) Violations: Title 18, United States Code, Section 2113(a) |

## COUNT ONE

The SPECIAL SEPTEMBER 2008 GRAND JURY charges:

On or about November 3, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

BRIAN HANSON,

defendant herein, by force and violence, and by intimidation, did take from the person and presence of a bank employee approximately $760.00 in United States currency belonging to, and in the care, custody, control, management, and possession of a bank, namely, North Community Bank, located at 5241 N. Western Avenue, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO

The SPECIAL SEPTEMBER 2008 GRAND JURY further charges:

On or about November 12, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

BRIAN HANSON,

defendant herein, by force and violence, and by intimidation, did take from the person and presence of a bank employee approximately $430.00 in United States currency belonging to, and in the care, custody, control, management, and possession of a bank, namely, North Community Bank, located at 4701 N. Clark Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## **COUNT THREE**

The SPECIAL SEPTEMBER 2008 GRAND JURY further charges:

On or about November 24, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

### BRIAN HANSON,

defendant herein, by force and violence, and by intimidation, did take from the person and presence of a bank employee approximately $524.26 in United States currency belonging to, and in the care, custody, control, management, and possession of a bank, namely, TCF Bank, located at 4250 N. Lincoln Avenue, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT FOUR

The SPECIAL SEPTEMBER 2008 GRAND JURY further charges:

On or about December 8, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

BRIAN HANSON,

defendant herein, by force and violence, and by intimidation, did take from the person and presence of a bank employee approximately $4,050.00 in United States currency belonging to, and in the care, custody, control, management, and possession of a bank, namely, TCF Bank, located at 1341 N. Paulina, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT FIVE

The SPECIAL SEPTEMBER 2008 GRAND JURY further charges:

On or about December 22, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

BRIAN HANSON,

defendant herein, by force and violence, and by intimidation, did take from the person and presence of a bank employee approximately $1,319.95 in United States currency belonging to, and in the care, custody, control, management, and possession of a bank, namely, National City Bank, located at 921 W. Armitage Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY